In re: **CHECKING ACCOUNT OVERDRAFT LITIGATION.**

**Doris Powell–Perry, Individually and on behalf of all other similarly situated, Curnie Sanders, Plaintiffs–Appellees,**

v.

**Branch Banking and Trust Company, Defendant–Appellant.**

No. 10–12374.

United States Court of Appeals, Eleventh Circuit.

April 28, 2011.

Edward Adam Webb, G. Franklin Lemond, Jr., Webb, Klase & Lemond, L.L.C., Atlanta, GA, Beth A. Alexander, Lieff Cabraser Heimann & Bernstein LLP, Nashville, TN, Charles Delbaum, Stuart T. Rossman, Boston, MA, Robert C. Gilbert, Alters Law Firm, Miami, FL, Roger Norton Heller, Michael W. Sobol, Lieff Cabraser Heimann & Bernstein, San Francisco, CA, John S. Hughes, Wallace and Graham, P.A., Salisbury, NC, Bruce S. Rogow, Bruce S. Rogow, PA, Ft Lauderdale, FL, for Plaintiffs–Appellees.

William J. Holley, II, Nancy H. Baughan, David B. Darden, Eric Jon Taylor, Atlanta, GA, for Defendant–Appellant.

PRYOR and COX, Circuit Judges, and WATKINS,* District Judge.

PER CURIAM:

After oral argument in this case, the United States Supreme Court decided *AT&T Mobility LLC v. Concepcion*, —— U.S. ——, 131 S.Ct. 1740, 179 L.Ed.2d 742 (2011). The district court's order denying the motion to compel arbitration is VACATED, and this case is remanded to the district court for reconsideration in light of the Supreme Court's opinion.

VACATED AND REMANDED.[1]

### In re: CHECKING ACCOUNT OVERDRAFT LITIGATION

---

Lacy Barras, on behalf of herself and all others similarly situated, Plaintiff–Appellee,

v.

Branch Banking and Trust Company, a federally chartered thrift institution, Defendant–Appellant.

No. 10–12377.

United States Court of Appeals, Eleventh Circuit.

April 28, 2011.

Before PRYOR and COX, Circuit Judges, and WATKINS,* District Judge.

---

* Honorable W. Keith Watkins, United States District Judge for the Middle District of Alabama, sitting by designation.

1. This is an unlimited remand.

